United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. BRUZZONE,<br><br>    Plaintiff,<br><br>    v.<br><br>INTEL CORPORATION, et al.,<br><br>    Defendants. | Case No. 16-mc-80063-HSG<br><br>**ORDER REJECTING THE COMPLAINT AND DISMISSING THE CASE**<br><br>Re: Dkt. No. 1 |

The Court has reviewed the complaint in the above-captioned matter and finds that it does not state a potentially cognizable claim. Therefore, in accordance with the Order filed on August 19, 2014, in *Bruzzone v. Intel Corporation*, No. C 14-01279 WHA, the Clerk is directed not to accept the complaint for filing and this action is dismissed.

**IT IS SO ORDERED.**

Dated: 3/23/2016

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge